# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| TEKsystems Global Services P.O. Box 198568 Atlanta, GA 30384-8568 | Christmas Tree Shops LLC | 2/17/2023 | $33,970.00 | Services |
| TEKsystems Global Services P.O. Box 198568 Atlanta, GA 30384-8568 | Christmas Tree Shops LLC | 3/10/2023 | $24,544.00 | Services |
| TEKsystems Global Services P.O. Box 198568 Atlanta, GA 30384-8568 | Christmas Tree Shops LLC | 3/28/2023 | $24,876.00 | Services |
| TEKsystems Global Services P.O. Box 198568 Atlanta, GA 30384-8568 | Christmas Tree Shops LLC | 4/7/2023 | $25,000.00 | Services |
| TEKsystems Global Services P.O. Box 198568 Atlanta, GA 30384-8568 | Christmas Tree Shops LLC | 4/21/2023 | $25,000.00 | Services |
| | | | **$133,390.00** | |