# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 23-10576 (TMH) <br><br> (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> TEKSYSTEMS GLOBAL SERVICES, LLC, <br><br> Defendant. | Adv. Proc. No. 25-50876 (TMH) |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Christmas Tree Shops, LLC, *et al.*, (the "Plaintiff"), for the estates of the above-captioned debtors (the "Debtors") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), by and through his undersigned counsel and defendant TEKsystems Global Services, LLC (the "Defendant," and together with Plaintiff, the "Parties"), enter into this *Stipulation for Extension of Time for Defendant to Answer or Otherwise Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4906-8730-5802.1 57097.001

1. The Parties agree and stipulate that the time within which the Defendant may answer or otherwise respond to the *Complaint* [D.I. 1] in the above-captioned adversary proceeding is hereby extended to and including July 24, 2025.

2. Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

| | |
|---|---|
| Dated:  June 4, 2025 | Dated:  June 4, 2025 |
| PACHULSKI STANG ZIEHL & JONES LLP | SHOOK, HARDY & BACON L.L.P. |
| */s/ Peter J. Keane* | */s/ Mark Moedritzer* |
| Bradford J. Sandler (DE Bar No. 4142) | Mark Moedritzer, Esq. (MO Bar No. 34687) |
| Peter J. Keane (DE Bar No. 5503) | Shook, Hardy & Bacon L.L.P. |
| Edward A. Corma (DE Bar No. 6718) | 2555 Grand Blvd. |
| 919 North Market Street, 17th Floor | Kansas City, MO 64108 |
| P.O. Box 8705 | Telephone: 816.559.2317 |
| Wilmington, DE 19899-8705 (Courier 19801) | Email: mmoedritzer@shb.com |
| Telephone: (302) 652-4100 | |
| Facsimile:  (302) 652-4400 | *Counsel to Defendant* |
| Email: bsandler@pszjlaw.com | |
|           pkeane@pszjlaw.com | |
|           ecorma@pszjlaw.com | |
| | |
| *Counsel to Plaintiff George L. Miller, Chapter 7 Trustee of Christmas Tree Shops, LLC, et al.* | |