**EXHIBIT 1 TO ORDER**

4900-1903-3186.3 57097.001

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TEKSYSTEMS GLOBAL SERVICES, LLC,<br><br>　　　　　Defendant. | Adv. Proc. No. 25-50876 (TMH) |

## STIPULATION FOR FURTHER EXTENSION
## OF TIME FOR THE DEFENDANT TO ANSWER THE COMPLAINT

　　　　　Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Christmas Tree Shops LLC, *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant TEKsystems Global Services, LLC (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation for Further Extension of Time for Defendant to Answer the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

---

[1]　The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

1.      The Parties agree and stipulate that the time within which the Defendant may answer the *First Amended Complaint* [D.I. 3] in the above-captioned adversary proceeding is hereby further extended to and including November 24, 2025.

2.      Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

| | |
|---|---|
| Dated: October 09, 2025 | Dated: October 09, 2025 |
| PACHULSKI STANG ZIEHL & JONES LLP | SHOOK HARDY BACON LLP |
| */s/ Peter J. Keane* | */s/ Anne C. Krache* |
| Bradford J. Sandler (DE Bar No. 4142) | Anne C. Krache |
| Peter J. Keane (DE Bar No. 5503) | One Federal Street, Suite 2620 |
| Edward A. Corma (DE Bar No. 6718) | Boston, MA 02110 |
| 919 North Market Street, 17th Floor | Telephone: (816) 559-2317 |
| P.O. Box 8705 | Email: akrache@shb.com |
| Wilmington, DE 19899-8705 (Courier 19801) | mmoedritzer@shb.com |
| Telephone: (302) 652-4100 | |
| Facsimile: (302) 652-4400 | *Counsel to Defendant* |
| Email: bsandler@pszjlaw.com | *TEKsystems Global Services, LLC* |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | |

*Counsel to Plaintiff George L. Miller, Chapter 7 Trustee of Christmas Tree Shops, LLC, et al.*